# MEMORANDUM DECISIONS

BOWRON v. SIBERT. (Circuit Court of Appeals, Fifth Circuit. October 30, 1914.) No. 2668. Appeal from the District Court of the United States for the Northern District of Alabama; W. I. Grubb, Judge. Suit in equity by J. Carl Sibert against James Bowron, as trustee in bankruptcy of the Southern Iron & Steel Company. Decree for complainant, and defendant appeals. Affirmed. Augustus Benners, of Birmingham, Ala., for appellant. Amos E. Goodhue and A. R. Brindley, both of Gadsden, Ala., for appellee. Before WALKER, Circuit Judge, and CALL and CLAYTON, District Judges.

PER CURIAM. A question is raised by the counsel for the appellee as to the scope of the review of the proceedings of the trial court which it is permissible to make under the appeal by which the case is brought into this court. A determination of that question is not necessary. The result is the same, whether the scope of the review is restricted, as claimed by the counsel for the appellee, or is broad enough to present the questions discussed by the counsel for the appellant. Assuming that those questions are presented for review, yet the result of an examination of the record is that we reach the conclusion that it does not disclose any ground for a reversal of the judgment. We do not concur in the view, urged by the counsel for the appellant, that the evidence adduced failed to support either count of the complaint. Affirmed.

BRAY et al. v. UNITED STATES FIDELITY & GUARANTY CO. (two cases). In re EVANSVILLE CONTRACT CO. (Circuit Court of Appeals, Fourth Circuit. December 7, 1914.) Nos. 1246, 1260. Appeal from and Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Northern District of West Virginia, at Parkersburg, in Bankruptcy; Alston G. Dayton, Judge. In the matter of bankruptcy proceedings of the Evansville Contract Company. On petition by M. J. Bray and others to superintend and revise in matter of law certain proceedings resulting in a decree affirming a referee's order in favor of the United States Fidelity & Guaranty Company, with separate appeal by Bray and others from the same decree. Petition dismissed, and decree affirmed. H. P. Camden, of Parkersburg, W. Va., for petitioners and appellants. B. M. Ambler, of Parkersburg, W. Va. (W. W. Van Winkle and Mason G. Ambler, both of Parkersburg, W. Va., on the brief), for respondent and appellee. Before KNAPP and WOODS, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. We are satisfied that the court below was correct in confirming the report and order of the referee and dismissing the petitions for review, and deem it unnecessary to repeat the argument in support of these conclusions. In our opinion the petition to superintend and revise should be dismissed, at the cost of petitioners, and the decree of the trial court appealed from affirmed, at the cost of the appellants; and it is so ordered.